## THE SUPREME COURT OF GEORGIA,

*Decisions Rendered December 16, 1885.*

REPORTED BY J. H. LUMPKIN, REPORTER

BROWN *et al. vs.* GUNN.

EQUITY, FROM BIBB.   *Dedication.  Cemeteries.  Estoppel.  (Before Judge Simmons.)*

[Hall, J., being disqualified, Judge Stewart, of the Flint Circuit, presided in his stead.]

Stewart, J.—1.  A dedication to public use is, "when one being the owner of lands consents, either expressly or by his actions, that it may be used by the public for a particular purpose."

2.  To establish the fact that land has been dedicated to the public, the consent of the owner of the land as well as a reasonable description of the same should be shown, in such manner as that the metes and bounds of the land can be identified.   The owner of land, upon which is a graveyard, who permits his neighbors to use same as a burial ground, is not estopped from the exclusive use of such lands upon the ground that the same has been dedicated to public use.

Judgment affirmed.

J. Rutherford, by brief, for plaintiffs in error.

Gustin & Hall, for defendant.